# UNITED STATES BANKRUPTCY COURT

## Southern District of Georgia

In re:  Case No.: **22-40557**

**DEONTRAY L. GRANT**

Chapter: 13

Debtor(s).

### REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** GRANT  DEONTRAY  L.

**Joint Debtor Name:**

**Previous Address:** 1308 E. 67TH STREET

UNIT B

SAVANNAH  GA.  31404

**New Address:** 119 MILLEN STREET

SAVANNAH  GA.  31415

Dated: 05/23/2023

By: /s/ Barbara B. Braziel

| Barbara B. Braziel | Attorney |
|---|---|
| Name | Title |

130 Canal Street, Suite 602

Address

| Pooler | GA | 31322 |
|---|---|---|
| City | State | Zip Code |

912-351-9000  078775

Telephone  Bar ID