IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of Debtor/Employee: ) | |
| ) | Chapter 13 |
| DEONTRAY L. GRANT ) | Case No. 22-40557-EJC |
| 119 MILLEN STREET ) | |
| SAVANNAH, GA 31415 ) | |
| ) | |
| Debtor ) | |

**AMENDED NOTICE TO COMMENCE WAGE WITHHOLDING**

Pursuant to General Order 2013-1, issued by the UNITED STATES BANKRUPTCY COURT for the Southern District of Georgia on February 22, 2013, NOTICE IS HEREBY GIVEN that the Debtor's employer:

CENTERLINE
ATTN: PAYROLL DEPT/GARNISHMENT
P.O. BOX 2910
TACOMA, WA 98401

which owes wages to the Debtor, shall withhold therefrom, to the exclusion of all other deductions and legal processes, except for

- taxes;
- court-ordered child support payments;
- employee portion of the cost of medical benefits;
- employee portion of the cost of term-life insurance obtained through Debtor's employer;
- required contributions to the Debtor's retirement or pension plan if maintained by the Debtor's employer, and
- labor union dues,

the equivalent monthly amount of $746.00 beginning **IMMEDIATELY** and shall remit said funds, at least monthly, to the Chapter 13 Trustee at the address below, and shall continue to do so each month until further notice. If Debtor receives wages weekly, bi-weekly, semi-monthly or in any manner that is more frequent than once each month, the employer shall deduct a portion of the Debtor's monthly plan payment from each wage payment unless the Debtor requests the full amount deducted in one payment each month.

**UNTIL FURTHER NOTICE, YOU ARE REQUIRED AND DIRECTED TO REMIT PAYMENTS TO:**

**CHAPTER 13 TRUSTEE OFFICE - SAVANNAH
PO BOX 116561
ATLANTA GA 30368-6561**

   Employers may not deduct from Debtor's earnings any sum for expenses for administering this Notice unless approved by the Court upon application. Objections to this Notice must be filed in writing with the United States Bankruptcy Court at the following address: Clerk U.S. Bankruptcy Court, P.O. Box 8347, Savannah, GA 31412. DO NOT SEND PAYMENTS TO THIS ADDRESS.

      This the 11 day of June, 2024.

                                                    s/ O. Byron Meredith III
                                                    O. Byron Meredith III
                                                    Georgia Bar # 002330
                                                    P.O. Box 10556
                                                    Savannah, GA 31412
                                                    (912) 234-5052